UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-100-1BO(1)
NO. 5:13-CR-100-2BO(1)

FILED IN OPEN COURT ON 4/3/13
Julie A. Richards, Clerk
US District Court
Eastern District of NC

IN RE:

NINE COUNT GRAND JURY
INDICTMENT OF APRIL 2, 2013

ORDER TO SEAL INDICTMENT

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on April __3__, 2013, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendant(s) and to provide copies of the Indictment to the United States Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney or upon the expiration of thirty (30) days, whichever event occurs first.

This the __3__ day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE