UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-100-BO-1
No. 5:16-CV-556-BO

| | |
|---|---|
| CRISTOPHER DEAN GILBERT, )<br>    Petitioner, )<br>)<br>v. )    ORDER<br>)<br>UNITED STATES OF AMERICA, )<br>    Respondent. ) | |

For good cause having been shown upon the Motion of the respondent, it is hereby ORDERED that respondent be allowed to file a response out of time and that respondent's Motion to Stay is deemed timely filed.

SO ORDERED this 9 day of September, 2016.

_____
TERRENCE W. BOYLE
United States District Judge