UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Cristopher Dean Gilbert** **Docket No. 5:13-CR-100-1D**

**Petition for Action on Supervised Release**

COMES NOW Corey A. Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cristopher Dean Gilbert, who, upon an earlier plea of guilty to Count 1- Conspiracy to Interfere with Commerce by Robbery, in violation of 18 U.S.C. § 1951 and Count 2- Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 2, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on January 7, 2014, to the custody of the Bureau of Prisons for a term of 181 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Christopher Dean Gilbert was released from custody on August 28, 2026, at which time his term of supervised release began, in the Middle District of Florida.

On January 2, 2025, the court agreed to modify the conditions of supervision to include warrantless searches and drug aftercare. On November 2, 2026, this case was reassigned to the Honorable James C. Dever III for all further proceedings.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 27, 2026, the supervising officer in the Middle District of Florida advised that on October 6, 2026, the defendant provided a urine sample that tested positive for marijuana. When confronted, he admitted to using the illegal substance. The defendant was verbally reprimanded for his actions. Furthermore, the defendant admitted he was struggling with his mental health and has requested assistance with this. It is recommended that the conditions of supervision be modified to include mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Corey A. Rich
Corey A. Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: November 20, 2026

**ORDER OF THE COURT**

Considered and ordered this 20 day of November, 2026, and ordered filed and made a part of the records in the above case.

[signature]
James C. Dever III
United States District Judge